UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20811-BLOOM/Louis

RIM M. TURSOM,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

## ORDER ON MOTION TO REOPEN

**THIS CAUSE** is before the Court upon the Joint Motion to Reopen, ECF No. [35] ("Motion"), filed on May 12, 2021, which seeks to reopen this case because the parties have been unable to resolve their dispute. The Court previously administratively closed the case, *see* ECF No. [29], upon receiving a Notice of Settlement, *see* ECF No. [28]. As the Court of Appeals for the Eleventh Circuit has explained, however, "[d]esignating a case 'closed' does not prevent the court from reactivating a case either of its own accord or at the request of the parties." *Fla. Ass'n for Retarded Citizens, Inc. v. Bush*, 246 F.3d 1296, 1298 (11th Cir. 2001) (citing *Lehman v. Revolution Portfolio LLC*, 166 F.3d 389, 392 (1st Cir. 1999)). The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [35]**, is **GRANTED**. The Clerk of Court is directed to **REOPEN** the above-styled case.

**THIS CAUSE** is reset for trial during the Court's two-week trial calendar beginning on **September 27, 2021, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, September 21, 2021**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial

and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128**.

The parties shall adhere to the following schedule:

| | |
|---|---|
| **June 23, 2021** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| **September 13, 2021** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 12, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record